UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEONARD HUNT,<br><br>　　　　　　　Plaintiff,<br>　v.<br>JAMES DZURENDA, *et al.*,<br>　　　　　　　Defendants. | Case No. 2:17-cv-02642-JCM-VCF<br><br>ORDER |

## I.    DISCUSSION

Plaintiff, a pro se prisoner, previously submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 5). The court issued a screening order dismissing the claims in that complaint and giving Plaintiff an opportunity to amend his complaint. (ECF No. 4). Plaintiff subsequently filed an amended complaint. (ECF No. 6). The court has not screened the amended complaint.

Plaintiff nevertheless has filed a motion for default judgment, asserting that he went through the screening process and served the defendants but the defendants never responded. (ECF No. 9 at 2). He also has filed a motion for transportation to a hearing on the motion for default. (*Id.*)

Although plaintiff appears to believe that he has completed the screening process, he has not. The court has not yet screened his amended complaint and has not determined that any of his claims may proceed. Therefore, the defendants have not been served and no response to the amended complaint has yet been required of the

defendants. The amended complaint will not be served on the defendants unless and until the court orders service.

**II.** **CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for default (ECF No. 9) and the motion for transportation (ECF No. 8) are denied.

DATED THIS 16th day of April 2019.

_____
UNITED STATES DISTRICT JUDGE