UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LEONARD HUNT

Plaintiff,

v.

JAMES DZURENDA, *et al.*,

Defendants.

Case No. 2:17-cv-02642-JCM-VCF

ORDER

Presently before the court is plaintiff's motion for status check and other relief. (ECF No. 24). Defendants filed no response.

Plaintiff indicates that the last case activity in this matter was from September 2020 regarding the substitution of counsel for defendants. (*Id.*). In July 2020, this court denied plaintiff's motion for summary judgment. (ECF No. 22). This case has had little activity since.

This court finds it appropriate to query the parties about the status of this case and plaintiff's request for a "referral of this matter for a settlement conference or further mediation." (ECF No. 24). Each party shall file a status report within 14 days of this order. Failure to do so may lead to sanctions.

IT IS SO ORDERED.

DATED April 29, 2021.

UNITED STATES DISTRICT JUDGE