# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

LEONARD HUNT,

               Plaintiff(s),

v.

JAMES DZURENDA, et al.,

               Defendant(s).

2:17-cv-02642-JCM-VCF

**ORDER  DENYING MOTION FOR RECONSIDERATION**

Plaintiff's Motion for Reconsideration and Other Relief, ECF No. 35, does not address his failure to comply with LR 16-6(b).  The motion also does not explain why he originally improperly sought leave to amend without attaching a proposed amended complaint, as required by LR 15-1(a).

This case has been pending for four years.  Plaintiff should be familiar with the local rules of this court which apply to this case.

On page 3 of the Motion for Reconsideration, plaintiff states that he believes, "he has the right to appeal the magistrate's decision to the judge assigned to this case and seeks to do so here."

The proper procedure for seeking review of a magistrate judge's order by the assigned district judge is to file an Objection. LR IB 3-1.  An objection must be filed with 14 days after service of the order.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration and Other Relief, ECF No. 35, is DENIED.

IT IS FURTHER ORDERED that the time for Plaintiff to object to my previous order denying plaintiff's motion to extend time, ECF No 34, is extended to the deadline for objection to this order.

DATED this 10th day of March 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE